CLERK'S COPY

FILED
AT ALBUQUERQUE NM
APR 1 4 1999
ROBERT M. MARCH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONALD HARRIS BROWN,

    Applicant,

v.

No. CIV-99-0371 LH/WWD

TIM LeMASTERS,

    Respondent,

and

THE ATTORNEY GENERAL OF THE STATE
OF NEW MEXICO,

    Additional Respondent.

## MEMORANDUM OPINION AND ORDER FOR TRANSFER

This matter is before the Court *sua sponte*, pursuant to Rule 4 Governing Section 2254 Cases, for preliminary consideration of Applicant's application for writ of habeas corpus under 28 U.S.C. § 2254. The application attacks a criminal conviction entered against Applicant by the state district court for Blackhawk County, Iowa, although Applicant is now incarcerated in New Mexico. Because Iowa would provide the more convenient forum for adjudicating Applicant's claims, *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n.15 (1973); *and see Dunn v. United States Parole Comm'n*, 818 F.2d 742, 744 (10th Cir. 1987) ("only in the most formal sense does [Respondent LeMaster] control whether [Applicant] is released"), this proceeding should be transferred to the United States District Court for the Northern District of Iowa. 28 U.S.C. § 95(a)(2).

IT IS THEREFORE ORDERED that the Clerk is directed to transfer this case to the United States District Court for the Northern District of Iowa.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE